Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 2, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00191-CV

____________

 

RICHARD ANGELO LUNA, Appellant

 

V.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

 



 

On Appeal from the 412th District Court

Brazoria County, Texas

Trial Court Cause No. 55494

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 22, 2009.  On November 19, 2010, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Frost, and Brown.